# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2006

130379(48)

JOANNE ROWLAND, a/k/a
JOAN ROWLAND,
          Plaintiff-Appellee,

v

WASHTENAW COUNTY ROAD
COMMISSION,
          Defendant-Appellant.
_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:    130379
CoA:  253210
Washtenaw CC: 03-000128-NO

On order of the Chief Justice, the motion by the Michigan Municipal Risk Management Authority for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2006

_____
Clerk